# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO



FILED
2020 FEB 20 P 2:42
SUSAN Y. SOONG
CLERK, US DISTRICT COURT
NO. DIST. OF CA.

---

UNITED STATES OF AMERICA,

V.

## CR 20 0088

VLADISLAV VICTORVIC TIMOSHCHUK,

SI

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 175(a) – Attempted Transfer of a Toxin for Use as a Weapon;
18 U.S.C. § 875(c) – Mailing Threatening Communications;
18 U.S.C. § 1716(j)(1) – Mailing of an Injurious Article

---

A true bill.

_____
Foreman

Filed in open court this __20th__ day of
__February 2020__

KAREN L. HOM
Clerk

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

Bail, $ _no bail arrest warr__

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT   ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 175(a) – Attempted Transfer of a Toxin for Use as a Weapon;
18 U.S.C. § 875(c) – Mailing Threatening Communications;
18 U.S.C. § 1716(j)(1) – Mailing of an Injurious Article

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Please see Attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

**DEFENDANT - U.S**
▶ VLADISLAV VICTORVIC TIMOSHCHUK

DISTRICT COURT NUMBER
CR 20 0088

FILED
FEB 20 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ SI
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction          ☐ Federal   ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   David L. Anderson
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Laura Vartain Horn

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

## ATTACHMENT TO PENALTY SHEET

## VLADISLAV VICTORVIC TIMOSHCHUK

| Count | Offense | Maximum Penalty |
|---|---|---|
| 1 and 2 | 18 U.S.C. § 175(a) - Attempted Transfer of a Toxin for Use as a Weapon) | life in prison<br>$250,000 fine<br>life supervised release<br>$100 special assessment |
| 3 and 4 | 18 U.S.C. § 875(c) - Interstate and Foreign Communication of a Threat) | 5 years in prison<br>$250,000 fine<br>3 years supervised release<br>$100 special assessment? |
| 5 and 6 | § 1716(j)(1) – Mailing of an Injurious Article | 1 year in prison<br>$250,000 fine<br>3 years supervised release<br>$100 special assessment |

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

FILED
2020 FEB 20 P 2: 42
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NO. DIST. OF CA.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 20 0088 SI |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 175(a) – Attempted Transfer of a Toxin for Use as a Weapon; |
| v. | ) 18 U.S.C. § 875(c) – Mailing Threatening Communications; |
| VLADISLAV VICTORVIC TIMOSHCHUK, | ) 18 U.S.C. § 1716(j)(1) – Mailing of an Injurious Article |
| Defendant. | ) |
|  | ) SAN FRANCISCO VENUE |

INDICTMENT

The Grand Jury charges:

Introductory Allegations

1.  Defendant Vladislav Victorvic TIMOSHCHUK was incarcerated in California State Prison facilities for various state crimes, and upon his release he was deported from the United States to Belarus.

2.  Beginning in 2016 and continuing to 2018, Pelican Bay State Prison ("PBSP") intercepted letters postmarked from Belarus sent to members of a validated prison gang, including an inmate, A.C..

3.  In 2017, the Anaheim Police Department investigated a school shooting threat, which demanded the release of inmate A.C. at Pelican Bay State Prison in order to avoid the "execution" of a student every day until that release occurred.

INDICTMENT                                                     1

4. In 2019, the Bureau of Prisons in Colorado intercepted a Christmas card sent from Belarus to Theodore Kaczynski in the custody of the Bureau of Prisons, in which TIMOSHCHUK claimed responsibility for the threats to Anaheim schools and planned to mail ricin to the United States from Belarus.

COUNT ONE: (18 U.S.C. § 175(a) – Attempted Transfer of a Toxin for Use as a Weapon)

5. On or about an unknown date but no later than July 13, 2019, in the Northern District of California and elsewhere, the defendant,

VLADISLAV VICTORVIC TIMOSHCHUK,

did knowingly attempt to develop, produce, transfer, retain and possess a biological toxin, to wit, ricin, for use as a weapon, by causing to be delivered by the United States Postal Service an envelope addressed to the Warden of the Pelican Bay State Prison, which contained ricin and a note, which read: "WARNING! TOXIC! THIS LETTER IS LACED WITH DEADLY RICIN POWDER," in violation of Title 18 U.S.C. § 175(a).

COUNT TWO: (18 U.S.C. § 175(a) – Attempted Transfer of a Toxin for Use as a Weapon)

6. On or about an unknown date but no later than July 13, 2019, in the Northern District of California and elsewhere, the defendant,

VLADISLAV VICTORVIC TIMOSHCHUK,

did knowingly attempt to develop, produce, transfer, retain and possess a biological toxin, to wit, ricin, for use as a weapon, by causing to be delivered by the United States Postal Service an envelope addressed to inmate A.C. at the Pelican Bay State Prison, which contained ricin and a note which read in part, "Release inmate A.C. from the Pelican Bay SHU," in violation of Title 18 U.S.C. § 175(a).

COUNT THREE: (18 U.S.C. § 875(c) – Interstate and Foreign Communication of a Threat)

7. On or about an unknown date but no later than July 13, 2019, in the Northern District of California and elsewhere, the defendant,

VLADISLAV VICTORVIC TIMOSHCHUK,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, the Warden of Pelican Bay State Prison, all in violation of Title 18 U.S.C. § 875(c).

COUNT FOUR: (18 U.S.C. § 875(c) – Interstate and Foreign Communication of a Threat)

8. On or about an unknown date but no later than July 13, 2019, the defendant,

VLADISLAV VICTORVIC TIMOSHCHUK,

did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, to wit, the recipient of a mailing directed to A.C., all in violation of Title 18 U.S.C. § 875(c).

COUNT FIVE: (18 U.S.C. § 1716(j)(1) – Mailing of an Injurious Article)

9. On or about an unknown date but no later than July 13, 2019, in the Northern District of California and elsewhere, the defendant

VLADISLAV VICTORVIC TIMOSHCHUK,

did knowingly deposit for mailing and delivery, and knowingly cause to be delivered by mail, a thing declared nonmailable, to wit, ricin, contained within an envelope addressed to the Warden of the Pelican Bay State Prison, in violation of Title 18 U.S.C. § 1716(j)(1).

COUNT SIX: (18 U.S.C. § 1716(j)(1) – Mailing of an Injurious Article)

10. On or about an unknown date but no later than July 13, 2019, in the Northern District of California and elsewhere, the defendant,

VLADISLAV VICTORVIC TIMOSHCHUK,

did knowingly deposit for mailing and delivery, and knowingly cause to be delivered by mail, a thing declared nonmailable, to wit, ricin, contained within an envelope addressed to inmate A.C. of the Pelican Bay State Prison, in violation of Title 18 U.S.C. § 1716(j)(1).

DATED:                                                                                      A TRUE BILL.

2/20/2020

_____
FOREPERSON

DAVID L. ANDERSON
United States Attorney

_____
LAURA VARTAIN HORN
Assistant United States Attorney

INDICTMENT                                              3